IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROY PENDLETON,** | : |
| **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 04-0106-CG-M** |
| **REGION III NORTHEAST MENTAL HEALTH,** | : |
| | : |
| **Defendant.** | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 3rd day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE